UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____

BROADCAST MUSIC, INC., et. al,  **ENTRY OF DEFAULT**
 **JUDGMENT AND**
 Plaintiff,  **ORDER OF REFERRAL**
 -against-  04-CV-3459 (DRH) (MLO)
FIVE D's INC., d/b/a DELANEY'S, and
EDWARD F. DELANEY,

 Defendants.
_____

**HURLEY, District Judge**:

Upon the Clerk of Court's issuance of a Notation of Default, default judgment is hereby entered against Defendants FIVE D's INC., d/b/a DELANEY'S, and EDWARD F. DELANEY. The above-captioned action is respectfully REFERRED to United States Magistrate Judge Michael L. Orenstein, pursuant to 28 U.S.C. § 636(b)(3) for an inquest on damages and attorney's fees; and it is further

ORDERED that the scope of the foregoing reference shall be deemed to encompass such additional authority as reasonable or necessary to perform the foregoing duties and as is not inconsistent with the Constitution and laws of the United States, including any application or motion to amend the above caption.

 **SO ORDERED**

Dated: Central Islip, New York
 April 21, 2005

 __/s_____
 Denis R. Hurley,
 United States District Judge